UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | 8:25-cv-02255-RGK-RAO | | Date | March 12, 2026 |
|---|---|---|---|---|

| Title | Heidi Hollister et al v. Brian Sims, et al. |
|---|---|

Present: The Honorable    R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Joseph Remigio | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None appearing | None appearing |

**Proceedings:**        **(IN CHAMBERS) Order to Show Cause re Dismissal for Lack of Prosecution**

In the present case, it appears that one or more of these time periods has not been met regarding responses to operative counterclaims.  Accordingly, the court, on its own motion, orders Counterclaimant(s) to show cause in writing by **March 18, 2026**, why the counterclaim action should not be dismissed for lack of prosecution as to certain counter defendant/s.

**Alternatively**, the Court will consider the following a satisfactory response to the Order to Show Cause:

| | Alternative Response | Response Due Date | As to Defendant/s: |
|---|---|---|---|
| | Proof of **TIMELY AND PROPER** service of **summons** and **operative** complaint | | |
| X | Plaintiff/Counter Defendant's Response to the operative Counter Claim | **3/16/2026** | **Heidi Hollister** |
| X | If Plaintiff/Counter Defendant fails to respond on the date above, Defendant/Counterclaimant's application for entry of default by clerk pursuant to Rule 55a of the Federal Rules of Civil Procedure | **3/18/2026** | **Heidi Hollister** |
| | Plaintiff's motion for default judgment pursuant to Rule 55b of the Federal Rules of Civil Procedure | | |

If a satisfactory response is not timely filed, the matter or the listed defendants will be dismissed for lack of prosecution without further warning. **A stipulation to extend dates or a notice of settlement do not constitute a proper response to this order.**

Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the court finds that this matter is appropriate for submission without oral argument. Failure to comply with this order may result in the imposition of sanctions including dismissal of certain parties and/or the entire action for lack of prosecution without further warning.

Plaintiff to serve this order on any non-appearing defendant/s who have been formally served.

| CV-90 (12/02) | **CIVIL MINUTES - GENERAL** | Initials of Deputy Clerk jre |
|---|---|---|