UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEIDI HOLLISTER,<br>Plaintiff,<br>v.<br>BRIAN SIMS, WILLIAM HOLLISTER, and QWIK-LAW LLC,<br>Defendants.<br>AND RELATED COUNTERCLAIMS | Case No. 8:25-cv-02255-RGK-RAO<br>**JUDGMENT**<br>Judge: Hon. R. Gary Klausner |

Pursuant to the Court's August 7, 2026 Order granting Defendants' and Counterclaimant's Motion for Summary Judgment (Dkt. 259) and the Court's June 25, 2026 Default Judgment Order (Dkt. 244),

IT IS ORDERED, ADJUDGED, AND DECREED as follows:

1. Judgment is entered in favor of Defendants Brian Sims, William Hollister, and Qwik-Law LLC and against Plaintiff Heidi Hollister on all claims asserted in the Second Amended Complaint (Dkt. 176). Plaintiff shall take nothing by her Second Amended Complaint.

2. Judgment is entered in favor of Counterclaimant Qwik-Law LLC and against Counter-Defendants Heidi Hollister and QuickCodes LLC on all

counterclaims (Dkt. 179): copyright infringement under 17 U.S.C. § 501, misrepresentation under 17 U.S.C. § 512(f), and declaratory relief.

3. It is DECLARED that Counterclaimant Qwik-Law LLC is the owner of the sixteen registered copyrighted works identified in the Court's August 7, 2026 Order (Dkt. 259) (the "Works"), bearing U.S. Copyright Office Registration Nos. TX 9-472-579, TX 9-473-122, TX 9-481-369, TX 9-488-222, TX 9-527-977, TX 9-528-751, TX 9-542-491, TX 3-667-637, TX 4-215-608, TX 3-866-630, TX 3-796-088, TX 3-798-880, TX 3-806-652, TX 3-618-533, TX 2-695-087, and TX 2-695-088, and that Counter-Defendants Heidi Hollister and QuickCodes LLC have no ownership interest in those works and cannot claim copyright ownership of the unoriginal material comprising Registration Nos. TX 9-477-187, TX 9-504-459, and TX 9-535-661.

4. Counterclaimant Qwik-Law LLC shall recover statutory damages under 17 U.S.C. § 504(c) in the single sum of $900,000.00 from Counter-Defendants Heidi Hollister and QuickCodes LLC, jointly and severally, together with post-judgment interest at the rate provided by 28 U.S.C. § 1961 from the date of entry of this Judgment until paid. This award is the same award of statutory damages entered against QuickCodes LLC in the Court's June 25, 2026 Default Judgment Order (Dkt. 244), and is not cumulative of it. Satisfaction by either Counter-Defendant of the sum awarded in this paragraph shall satisfy the obligation of both

Counter-Defendants under this Judgment and under Dkt. 244. This Judgment supersedes and subsumes the monetary and injunctive relief awarded in Dkt. 244 and constitutes the final judgment as to all parties and all claims, provided that nothing in this Judgment shall limit or affect any right to enforce, or any remedy for any violation of, Dkt. 244 or any prior order of this Court occurring before entry of this Judgment.

5. Counter-Defendants Heidi Hollister and QuickCodes LLC, and their officers, agents, servants, employees, and attorneys, and all persons in active concert or participation with them who receive actual notice of this Judgment, are PERMANENTLY RESTRAINED, ENJOINED, and ORDERED as follows:

(1) Cease publishing, selling, or distributing any publications substantially similar to Qwik-Law LLC's copyrighted works (the Works), including any products bearing the "QuickCodes" name;

(2) Cease using the "LawTech Publishing Group" name or any confusingly similar name;

(3) Cease representing that their products come from "the same company you've trusted for 40 years" or any similar claim to the legacy of the Qwik-Code business;

(4) Cease filing any DMCA takedown notices against Qwik-Law LLC;

(5) Cease communications to Qwik-Law LLC's vendors or customers falsely claiming copyright ownership or threatening litigation;

(6) Remove from their website all product listings for publications substantially similar to Qwik-Law LLC's copyrighted works (the Works), including all 2026 pre-orders, within fourteen (14) days of entry of this Judgment;

(7) Withdraw any pending DMCA complaints against Qwik-Law LLC's products within fourteen (14) days of entry of this Judgment;

(8) Remove any false statements regarding trademark registration within fourteen (14) days of entry of this Judgment.

6. Defendants and Counterclaimant are the prevailing parties. They may recover their costs of suit by application to tax costs under Local Rule 54-2. Any request for attorneys' fees and nontaxable expenses will be determined by separate order on the pending motion.

7. The Court retains jurisdiction to enforce this Judgment and the permanent injunction set forth herein.

IT IS SO ORDERED, ADJUDGED, AND DECREED.

Dated: 8/27/2026

Gary Klausner

Hon. R. Gary Klausner
United States District Judge